1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10    RORY L. MICKENS,

11                              Petitioner,          CASE NO. 3:20-CV-5325-RBL-DWC

12          v.                                       ORDER

13    RON HAYNES,

14                              Respondent.

15

16          Petitioner Rory Mickens, who is proceeding *pro se*, filed a Petition for Writ of Habeas

17    Corpus pursuant to 28 U.S.C. § 2254. Dkt. 8. In his Petition, Petitioner named the State of

18    Washington as Respondent. *See id.* The proper respondent to a habeas petition is the "person

19    who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United*

20    *States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

21    According to his Petition, Petitioner is currently confined at Stafford Creek Corrections Center

22    ("SCCC") in Aberdeen, Washington. *See* Dkt. The Superintendent of SCCC is Ron Haynes.

23          Accordingly, the Clerk of Court is directed to substitute Ron Haynes as the Respondent

24    in this action. The Clerk of Court is also directed to update the case title.

1    Dated this 21st day of May, 2020.

2

3

David W. Christel
4    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2